No. 79–1943. ALESSI ET AL. *v.* RAYBESTOS-MANHATTAN, INC., ET AL. C. A. 3d Cir. [Probable jurisdiction noted, 449 U. S. 949]; and

No. 80–193. BUCZYNSKI ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 3d Cir. [Certiorari granted, 449 U. S. 950.] Motion of ERISA Industry Committee for leave to file a brief as *amicus curiae* in No. 80–193 granted. Motions of Chamber of Commerce of the United States of America, Allegheny-Ludlum Industries, Inc., et al., and National Steel Corp. for leave to file briefs as *amici curiae* granted. Joint motion of petitioners in No. 80–193 and appellants in No. 79–1943 for divided argument granted.

No. 80–54. ITT GILFILLAN *v.* CLAYTON; and

No. 80–5049. CLAYTON *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. C. A. 9th Cir. [Certiorari granted, 449 U. S. 950.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 80–251. ROSTKER, DIRECTOR OF SELECTIVE SERVICE *v.* GOLDBERG ET AL. D. C. E. D. Pa. [Probable jurisdiction noted, 449 U. S. 1009.] Motion of Stacey Acker et al. for leave to participate in oral argument as *amici curiae* denied.

No. 80–396. CITY OF NEWPORT ET AL. *v.* FACT CONCERTS, INC., ET AL. C. A. 1st Cir. [Certiorari granted, 449 U. S. 1060.] Motion of James J. Clancy for leave to file a brief as *amicus curiae* granted.

No. 80–332. RHODES, GOVERNOR OF OHIO, ET AL. *v.* CHAPMAN ET AL. C. A. 6th Cir. [Certiorari granted, 449 U. S. 951.] Motion of State Public Defender of California for leave to file a brief as *amicus curiae* granted. Motion of the Attorney General of Oregon for leave to file an untimely motion for leave to participate in oral argument as *amicus curiae* denied.